HENRY WEYAND et al., Respondents, *v.* THE PARK TERRACE COMPANY, Appellant, Impleaded with Others.

Reported below, 135 App. Div. 821.
(Argued March 14, 1910; decided March 22, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 25, 1910, which affirmed a final judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and an interlocutory judgment, an order of reference and an order granting an additional allowance in an action to foreclose a mortgage.

The motion was made upon the grounds that the questions involved had become academic; that the decision of the Appellate Division was unanimous; that the appeal was taken for purposes of delay only, and that the appellant had failed to perfect said appeal.

*Frederick S. Jackson* for motion.

*Emil Schneeloch* opposed.

Motion denied, with ten dollars costs.